# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alireza Karimi, | No. CV-26-02468-PHX-MJM (CDB) |
| Petitioner, | |
| v. | **ORDER** |
| John E. Cantu, et al., | |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1). The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 4). In their response, Respondents state:

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish that there is a 'significant likelihood of removal in the reasonably foreseeable future.' Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 18) (internal citation omitted).

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** that Respondents shall **immediately** release

Petitioner from custody.

**IT IS FURTHER ORDERED** that Respondents must provide a notice of compliance within **48 HOURS** of releasing Petitioner.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

IT IS SO ORDERED.

DATED this 17th day of April, 2026.

_____

Michael J. McShane

United States District Judge

- 2 -